HUSSMANN DISTRIBUTING CO., INC., Respondent, v. JOHN G. CHENESKI, Appellant.— Order dismissing defendant's affirmative defense and counterclaim reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion upon this record the defense and counterclaim struck out are sufficient as a matter of law and present a triable issue. (*Van Schaick* v. *Edwards*, 2 Johns. Cas. 355; *London* v. *Toney*, 263 N. Y. 439.) Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.